S. RATHBUN, Appellant, v. J. H. ALEXANDER et al., Respondents.

No. 2398; April 13, 1871.

**Mining Ground—Right of Occupant as Against Intruder.**—One in actual possession of mining ground, although without title, may proceed against a mere intruder having no superior right of entry.

**Ejectment.**—In an Action for the Possession of Land, failure by the plaintiff to prove actual possession by him of all the land described in the complaint does not call for a nonsuit if he has proved possession of a part.

APPEAL from Eleventh Judicial District, Calaveras County.

W. L. Hoskins and W. L. Dudley for appellant; James T. Farley for respondents.

CROCKETT, J.—If the plaintiff established the actual possession of any portion of the mining ground in controversy at the time of the defendants' entry, the nonsuit was improperly granted. As against a mere intruder, having no better right of entry than himself, if the plaintiff had the actual possession, he is entitled to be protected in it; and this court has had occasion in several cases to consider what acts of dominion will constitute an actual possession of mining ground: English v. Johnson, 17 Cal. 107, 76 Am. Dec. 574; Hess v. Winder, 30 Cal. 349. I think the plaintiff brought himself clearly within the rule established in these cases as to a portion, if not to the whole, of the ground in contest. The testimony certainly tended strongly to establish the actual possession of the plaintiff as to a portion, at least, of the demanded premises; and this made out a prima facie case against the defendants as to this portion, at least. The nonsuit was improperly granted.

Judgment reversed and cause remanded for a new trial.

We concur: Rhodes, C. J.; Wallace, J.; Sprague, J.; Temple, J.